FILED

02/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0088



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0088

RICHARD PATTERSON,

        Petitioner,

v.

GOVERNOR GREG GIANFORTE,
BRIAN GOOTKIN, Director of Dept of
Corrections,
JAMES SALMONSEN, Warden, Montana State
Prison,

        Respondents.

**GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE**

        Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

        DATED February 8, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court